**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MR. RICHARD ROSARIO, | : | No. 105 MAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated August |
| | : | 21, 2023 at No. 304 MD 2023. |
| v. | : | |
| | : | |
| | : | |
| SUPERINTENDENT KEVIN J. RANSOM; 1) | : | |
| PENNSYLVANIA'S DEPARTMENT OF | : | |
| CORR.; BOARD'S SECRETARY | : | |
| DEBORAH L. CARPENTER; 2) | : | |
| PENNSYLVANIA'S BOARD OF | : | |
| PROBATION & PAROLE, (ET AL.), | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**                                                    **DECIDED:  June 18, 2024**

      **AND NOW,** this 18th day of June, 2024, the order of the Commonwealth Court is

**AFFIRMED**.